### 4068.   ALLEN v. THE STATE.

RUSSELL, J.   1. The possession of an internal revenue special-tax receipt for the retail or wholesale selling of spirituous, malt, or intoxicating liquors is, by the terms of the statute, only prima facie evidence of the guilt of one on trial for the unlawful sale of such liquors.

2. In the present case the inference of guilt, arising from the possession of such an internal revenue special-tax receipt, was completely rebutted by the uncontradicted testimony of the only witness in the case, that the accused had not in fact sold any intoxicating liquors, and that he was induced by an internal revenue officer of the United States government to take out a revenue license after he had come into the possession of a quantity of whisky which, according to the uncontradicted evidence, was ordered for himself and a number of others, and was delivered to the accused by a common carrier; the accused acting solely as agent for the buyer, and in no sense as agent for the seller of the liquor.

3. The verdict, being without evidence to support it, was contrary to law, and the court erred in refusing a new trial.       *Judgment reversed.*

DECIDED JUNE 5, 1912.

Accusation of sale of liquor; from city court of Newnan—Judge Post.   February 23, 1912.

*W. G. Post,* for plaintiff in error.

*W. L. Stallings, solicitor,* contra.